DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-1345
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Chapter 13

In Re:

EVA GRACIA LOPEZ

                          Debtor

Case No. 16-53333 SLJ

**NOTICE OF DEFAULT IN
CHAPTER 13 PLAN PAYMENTS
AND DEMAND FOR CURE WITH
CERTIFICATE OF SERVICE**

**NOTICE TO THE DEBTOR:  YOU ARE BEHIND ON YOUR CHAPTER 13 PLAN
PAYMENTS AND YOUR CASE WILL BE DISMISSED UNLESS YOU CATCH UP
ON YOUR PAYMENTS.  YOU MUST TAKE ACTION WITHIN 21 DAYS OF THE
DATE OF THIS NOTICE.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have
not made your scheduled plan payment every month as required by your confirmed Chapter
13 Plan.

1.   YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of Sep 30, 2019
     according to the Trustee's records, you have paid the Trustee a total of $21,400.00;
     however, you should have paid no less than $23,300.00 resulting in a $1,900.00 default
     through Sep 30, 2019.  (The default amount does not include any payments which have
     been suspended.)

2. In order to continue to receive protection of the U.S. Bankruptcy Court you must complete <u>one</u> of the following within 21 days:

   a. Bring the case current by paying in certified funds to the Trustee the amount of $1,900.00; (Mail payments to the lock box address: PO Box 50009, San Jose, CA 95150-0009)

      OR

   b. Meet and confer, by telephone, with the Trustee's representative AND enter into an agreement to cure the default in a manner which is acceptable to the Trustee; OR

   c. File and serve a motion to modify plan which proposes terms under which you will not be in default and which will provide for plan completion within 60 months of the original time that the first payment under the original confirmed plan was due. If you pursue this option, you must also promptly obtain an order granting the motion to modify.

3. **IF YOU FAIL TO ACT, YOUR CASE WILL BE DISMISSED WITHOUT ANY FURTHER NOTICE OR HEARING.**

**PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY. YOUR ATTORNEY MAY BE ABLE TO ASSIST YOU.**


Dated: September 24, 2019          /s/  DEVIN DERHAM-BURK
                                   DEVIN DERHAM-BURK
                                   Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Notice of Default in Chapter 13 Plan Payments and Demand for Cure by placing same in an envelope in the U.S. Mail at Los Gatos, California on September 24, 2019. Said envelopes were addressed as follows:

EVA GRACIA LOPEZ
190 LILLY AVE
GILROY, CA 95020

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

Dated: September 24, 2019        /s/ Somer Baker
                                   Office of DEVIN DERHAM-BURK
                                   Chapter 13 Standing Trustee